UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  WA:21-CR-00190(1)-CRW |
| | § | |
| (1) Kelvin Lamont Simmons | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On February 10, 2026, the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) Kelvin Lamont Simmons (Clerk's Document No. 45). On May 20, 2026 , the United States Probation Office filed an Amended Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) Kelvin Lamont Simmons which alleged that Simmons violated a condition of his supervised release and recommended that Simmons's supervised release be revoked (Clerk's  Document No. 53).  A warrant issued and Simmons was arrested. On May 13, 2026, Simmons appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Simmons appeared before the magistrate judge on June 9, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on

June 9, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Simmons, the magistrate judge recommends that this court revoke Simmons supervised release and that Simmons be sentenced to imprisonment for TWELVE (12) MONTHS AND ONE (1) DAY, including credit for any time already served since his arrest, and with no term supervised release to follow the term of imprisonment (Clerk's Document No. 60).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On June 9, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No.

61). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 60 )  is hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) Kelvin Lamont Simmons' term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (1) Kelvin Lamont Simmons be imprisoned for  TWELVE (12) MONTHS AND ONE (1) DAY, including credit for any time already served since his arrest, and with no term of supervised release.

Signed this 23rd day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE